B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>DISTRICT OF *SOUTH CAROLINA* | **Voluntary Petition** |
|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>*Crowder, III James Wylie* | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all). *5972* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor   (No. & Street, City, and State):<br>*2300 Fishing Creek Road*<br>*Chester, SC*             ZIPCODE *29706* | Street Address of Joint Debtor   (No. & Street, City, and State):             ZIPCODE |
| County of Residence or of the<br>Principal Place of Business:   *Chester* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor   (if different from street address):<br>*2310 Crowder Road*<br>*Rock Hill, SC*             ZIPCODE *29730* | Mailing Address of Joint Debtor   (if different from street address):             ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above).   *SAME* | ZIPCODE |

| Type of Debtor   (Form of organization)<br>(Check one box.)<br>☒ Individual (includes Joint Debtors)<br>   *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br>☐ Chapter 7                    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                         of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12                  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                       of a Foreign Nonmain Proceeding |
|---|---|---|

| | Nature of Debts   (Check one box) |
|---|---|
| | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"   ☒ Debts are primarily business debts. |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter 11 Debtors:<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|---|

Filing Fee (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11) — FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): *James Wylie Crowder, III* |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: *Carolina Cargo Inc. of Rock Hill* | Case Number: *07-02797-dd* | Date Filed: *05/25/07 (closed 11/13/08)* |
|---|---|---|
| District: *South Carolina* | Relationship: *owner* | Judge: *David R. Duncan* |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _[signature]_   5/25/2012
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11) — FORM B1, Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): James Wylie Crowder, III |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_ 
Signature of Debtor

X _/s/_
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date: 5/25/2012

### Signature of Attorney*

X _/s/_
Signature of Attorney for Debtor(s)

R. Geoffrey Levy  2666
Printed Name of Attorney for Debtor(s)

Levy Law Firm, LLC
Firm Name

2300 Wayne Street
Address

Columbia, SC  29201

803-256-4693
Telephone Number

5/25/2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B1 (Official Form 1) (12/11)                                                                                          FORM B1, Page 4

**ADDITIONAL PENDING BANKRUPTCY CASES FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *Carolina Cargo Inc. of Rock Hill* | *10-02054-hb* | *03/23/10 (closed 08/01/11)* |
| District: | Relationship: | Judge: |
| *South Carolina* | *owner* | *Helen E. Burris* |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *Carolina Cargo, LLC* | *08-02393-dd* | *04/22/08 (closed 11/17/10)* |
| District: | Relationship: | Judge: |
| *South Carolina* | *owner* | *David R. Duncan* |

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *James Wylie Crowder, III*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *R. Geoffrey Levy*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case .................................. $ *17,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid .............. $ *17,000.00*
   c) The unpaid balance due and payable is ........................... $ *0.00*

3. $ *1,046.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *$425.00 per hour as approved by the Court*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *5/25/2012*    Respectfully submitted,

X_____
Attorney for Petitioner: *R. Geoffrey Levy*
*Levy Law Firm, LLC*
*2300 Wayne Street*
*Columbia SC  29201*

*803-256-4693*
*lawoffices@levylawfirm.org*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re  James Wylie Crowder, III

Debtor(s)

Case No.
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 (or chapter 9) case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Orix Financial Services<br><br>600 Town Park Lane Suite<br>Kennesaw GA   30144 | Phone: 770-970-6000<br>Orix Financial Services<br>E. David West<br>600 Town Park Lane Suite<br>Kennesaw GA   30144 | | | $ 1,005,992.93 |
| 2<br>Daimler Chrysler Financial<br><br>13650 Heritage Parkway<br>Fort Worth TX   76177 | Phone: 017-422-3956<br>Daimler Chrysler Financial<br>Jim Hartz / Daimler Truck Fin<br>13650 Heritage Parkway<br>Fort Worth TX   76177 | | | $ 953,648.94 |
| 3<br>Oak Financial Services<br>12329 Fondren<br>Houston TX 77035 | Phone: 713-726-9668<br>Oak Financial Services | | | Unknown |
| 4<br>Plains Capital and Leasing<br><br>17304 Preston Road Suite<br>Dallas TX   75252 | Phone: 214-775-4600<br>Plains Capital and Leasing<br>Steve Greenleaf<br>17304 Preston Road Suite<br>Dallas TX   75252 | | | Unknown |
| 5<br>Peoples Capital<br><br>255 Bank Street 4th Floor<br>Waterbury CT   06702 | Phone: 203-754-9000<br>Peoples Capital<br>Peter Esposito<br>255 Bank Street 4th Floor<br>Waterbury CT   06702 | | | Unknown |

Page  1

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Caterpilar Financial Services<br>800 S. Gay Street<br>Knoxville TN  37929 | Phone: 865-971-2137<br>Caterpilar Financial<br>BâakêcHawk<br>800 S. Gay Street<br>Knoxville TN  37929 | | | Unknown |
| 7<br>Financial Federal<br><br>10715 David Taylor Dr.<br>Charlotte NC  28262 | Phone: 704-549-1009<br>Financial Federal<br>Jon Riggsbee / Suite 550<br>10715 David Taylor Dr.<br>Charlotte NC  28262 | | | Unknown |
| 8<br>Imperial Fleet Financial<br><br>Suite 200<br>Portland OR  97201 | Phone: 817-422-3956<br>Imperial Fleet Financial<br>2121 SW Broadway<br>Suite 200<br>Portland OR  97201 | | | Unknown |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I,  James Wylie Crowder, III,  _____ , _____ of the  Individual Debtor  named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 5/25/2012       Signature _____
                      Name:  James Wylie Crowder, III

Page  2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) __X__ scannable hard copy __2__ (number of sheets submitted)

Date: 5/25/2012

Signature _____
R/ Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

```
CHESTER COUNTY TAX COLLECTOR
PO BOX 580
CHESTER   SC   29706


CHESTER TAX COLLECTOR
100 WEST END STREET
CHESTER   SC   29706


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATN
PO BOX 7346
PHILADELPHIA   PA   19101-7346


SC DEPT  OF REVENUE & TAXATION
PO BOX 12265
COLUMBIA   SC   29211


SC EMPLOYMENT SECURITY COMMISSION
PO BOX 995
COLUMBIA   SC   29202


UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA
1441 MAIN STREET SUITE 500
COLUMBIA   SC   29201


US SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
950 EAST PACES FERRY RD STE900
ATLANTA   GA   30326-1382


DAIMLER CHRYSLER FINANCIAL
JIM HARTZ / DAIMLER TRUCK FIN
13650 HERITAGE PARKWAY
FORT WORTH   TX   76177


CATERPILAR FINANCIAL SERVICES
BLAKE HAWK
800 S  GAY STREET
KNOXVILLE   TN   37929
```

```
FINANCIAL FEDERAL
JON RIGGSBEE / SUITE 550
10715 DAVID TAYLOR DR
CHARLOTTE  NC  28262


IMPERIAL FLEET FINANCIAL
2121 SW BROADWAY
SUITE 200
PORTLAND  OR  97201


OAK FINANCIAL SERVICES
12329 FONDREN
HOUSTON  TX  77035


ORIX FINANCIAL SERVICES
E   DAVID WEST
600 TOWN PARK LANE SUITE 300
KENNESAW  GA  30144


PEOPLES CAPITAL
PETER ESPOSITO
255 BANK STREET 4TH FLOOR
WATERBURY  CT  06702


PLAINS CAPITAL AND LEASING
STEVE GREENLEAF
17304 PRESTON ROAD SUITE
DALLAS  TX  75252
```